UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

THE CIT GROUP/SALES FINANCING INC.

           Plaintiff

-against-                      CASE NO. 05-CV-1253DNH/GHL

M/V INSATIABLE, having Official No. 1080843,   IN ADMIRALTY
her engines, tackle, apparel, appurtenances, etc.,
having Hull Serial No. WELDLA258999 in rem,
and WILLIAM E. BROWN, JR., in personam,

           Defendants.

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUL 30 2007

LAWRENCE K. BAERMAN, Clerk
UTICA

-------------------------------------------------------------

PRESENT:   Hon. David N. Hurd
                 U.S. District Judge

Upon reading the Notice of Motion dated May 30, 2007, the Supporting Affirmation by Kevin Laurilliard, Esq. also dated May 30, 2007, the Affidavit of Maggie Prather - of the Plaintiff's Loss Recovery Department sworn to May 25, 2007, and the Exhibits attached thereto; and due deliberation having been had; and the Defendant William E. Brown, Jr. having appeared before this Court on July 27, 2007 in opposition to the Plaintiff's requested relief.

**NOW, ON MOTION** of McNamee, Lochner, Titus & Williams, P.C., attorneys for Plaintiff, it is

**ORDERED**, that the Plaintiff's Motion for a deficiency judgment is hereby granted in favor of the Plaintiff, and against the Defendants for the amount of $81,771.58 together with interest at 7.99% per year from the date of August 2, 2005, in the amount of $7,868.30, plus attorneys' fees and costs for a total of $90,224.88.

ENTER

SIGNED: July 27, 2007
Utica, New York

Hon. David N. Hurd
U.S. District Judge